No. 95–717. MAHALEK, INDIVIDUALLY AND AS THE HEIR OF KOLE *v.* KOREAN AIR LINES, CO., LTD. C. A. 9th Cir. Certiorari before judgment dismissed for want of jurisdiction.

No. D–1573. IN RE DISBARMENT OF HOPPMANN. Disbarment entered. [For earlier order herein, see 515 U. S. 1172.]

No. D–1589. IN RE DISBARMENT OF MIONE. Disbarment entered. [For earlier order herein, see *ante,* p. 939.]

No. D–1592. IN RE DISBARMENT OF BOUGHTON. Disbarment entered. [For earlier order herein, see *ante,* p. 939.]

No. D–1593. IN RE DISBARMENT OF MCLENITHAN. Disbarment entered. [For earlier order herein, see *ante,* p. 940.]

No. D–1594. IN RE DISBARMENT OF EBERHART. Disbarment entered. [For earlier order herein, see *ante,* p. 940.]

No. D–1595. IN RE DISBARMENT OF EDELMAN. Disbarment entered. [For earlier order herein, see *ante,* p. 940.]

No. D–1625. IN RE DISBARMENT OF GAJEWSKI. Shirley Ferrell Gajewski, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–1626. IN RE DISBARMENT OF SOKOLOW. Craig Bryan Sokolow, of Minersville, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1627. IN RE DISBARMENT OF RICHARDS. James W. Richards, of Rush, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.